*Scavelli iii  Joe  TB29192*
Name and Prisoner/Booking Number

*4TH Ave. Jail*
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────┐
│ X FILED      ___ LODGED │
│ ___ RECEIVED  ___ COPY  │
│                         │
│      SEP 1 8 2023       │
│ CLERK U S DISTRICT COURT│
│   DISTRICT OF ARIZONA   │
│ BY            DEPUTY    │
└─────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

*Scavelli iii, Joe*
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) *Paul Penzone*
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01910-PHX-DLR--DMF**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☐ Other:_____

2.   Institution/city where violation occurred: *Maricopa County 4TH Ave. Jail Phoenix AZ.*

3.

Revised 12/1/20                                    1                                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Paul Penzone_. The first Defendant is employed as: _M.C.S.O. Sheriff_ at _M.C.S.O._
   (Position and Title) (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as: as:_____ at_____
   (Position and Title) (Institution)

3. Name of third Defendant:_____. The third Defendant is employed as:_____ at_____
   (Position and Title) (Institution)

4. Name of fourth Defendant:_____. The fourth Defendant is employed as:_____ at_____
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑Yes    ☐No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _ADOC  2:20 2fis_ v. _Scavelli iii_
      2. Court and case number: _2:22-cv-(02482)-DLR--DMF_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_ Dismissed w/ prejudice._

   b. Second prior lawsuit:
      1. Parties: _Terarria Et. Al._ v. _Scavelli iii_
      2. Court and case number: _2:22-cv-02094-DLR--DMF_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_ Dismissed w/ prejudice (Failure to state a claim)_

   c. Third prior lawsuit:
      1. Parties: _Evans Et. Al._ v. _Scavelli iii_
      2. Court and case number: _2:22-cv-01980-DLR--DMF_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_ Dismissed w/ prejudice._

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

C. Previous Lawsuits

2:19-cv-01334-DLR--DMF
       UNK.
2:19-cv-01518-DLR--DMF
       "
2:19-cv-01760-DLR--DMF
       "
2:22-cv-02029-DLR--DMF
SCAVELL III / UNK. GARCIA ETAL. Dismiss w/prejudice
2:21-cv-00119-DLR--DMF
       UNK.
2:22-cv-02009-DLR--DMF
   SCAVELL IV / WILLIAMS  Dismiss w/prejudice
       (Failure to state a claim)

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **§ 1997j (Title 42.**
**Chapter 21. Subchapter IA.**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities                      ☐ Mail                     ☑ Access to the court           ☐ Medical care
☐ Disciplinary proceedings         ☐ Property             ☐ Exercise of religion            ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I am being (and was) denied predictably; a chance to file suit and litigate in Superior Court Complaint Form Packet lawsuit as I.L.S. (Inmate Legal Services) explained that, they cannot process; serve, documents for filing to/against Private Parties; which, according to; The Public Health and Welfare of Institutionalized Persons Civil Rights; I am able to; and, had my right to exercise freedom of access to the court violated as, A7879 stated on Inmate Legal Request Form that, "Reason ILS does not process any requests for civil complaints against private parties."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I wasn't able to file suit against a Limited Liability Corporation due to © 8 Patents; as, I was shown incriminating black mail information and refuse arbitration I opted out of contract in fine print on tablet to litigate.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes    ☐ No

   b. Did you submit a request for administrative relief on Count I?          ☐ Yes    ☑ No

   c. Did you appeal your request for relief on Count I to the highest level?          ☐ Yes    ☑ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. D.O.'s will not take/bring grievances back... they say, "Wait", and, "I'll do that right now", as well as, "In a second"! also, "Later"! I have filed grievances, external, institutional, internal and have had no reply multiple times/multiple issues! Even when a case number is given, as, one time, I signed four to five times on a grievance that day, and, the Sgt. never returned ... trail went cold. No copies given until finished, also!

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____

_____

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes     ☐ No
   2. Did you submit a request for administrative relief on Count II?     ☐ Yes     ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?     ☐ Yes     ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

   _____

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   2. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   3. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

_ability to file my lawsuit with the court and not have to worry about private party status as conflict if between Title 42 chapter 21 Subchapter IA 1997j and T.L.S. is not letting me and not filing complaint as I am well within my rights A.R.S § 72-821.01 states facts sufficient on basis which liability is claimed and be within 1 year of cause agency and 180 days; if deemed denied also 90 days before the time if sue._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9-2-2023 SAT._____          _____
                          DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **September 6, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____  Hon _____ United States District Court, District of Arizona.

____  Hon _____ United States District Court, District of Arizona.

____  Attorney General, State of Arizona, _____

____  Judge _____ Superior Court, Maricopa County, State of Arizona.

____  County Attorney, Maricopa County, State of Arizona _____

____  Public Defender, Maricopa County, State of Arizona _____

____  Attorney _____

____  Other _____

____  _____  _____

____  _____

_____    **B4627**
Legal Support Specialist Signature                           S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009